Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373
Fax:  775.440.2376

Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant,*
*American Medical Response, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD HENRY, an individual,<br><br>            Plaintiff,<br>vs.<br><br>AMERICAN MEDICAL RESPONSE, INC., a Foreign Corporation,<br><br>            Defendant. | Case No.: 2:25-cv-01162-APG-DJA<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant American Medical Response, Inc. ("Defendant") and Plaintiff Ronald Henry ("Plaintiff") hereby requests a thirty-day extension of time, up to an including September 20, 2025, for Defendant to file its response to Plaintiff's Complaint (ECF No. 1-1).  The present deadline for Defendant to file its response is August 21, 2025.  This is the parties' first request for an extension of time for Defendant to file its response.

Defendant respectfully requests this extension in order to have the time to fully research the facts and circumstances underlying this case, to allow the parties time to explore resolution, and

not for purposes of delay. Good cause exists to extend the response deadline. Therefore, the parties respectfully request a thirty-day day extension of time up to and including September 20, 2025 for Defendant to file its response to Plaintiff's Complaint.

DATED this 20th day of August, 2025.

HATFIELD & ASSOCIATES, LTD.

/s/ Trevor J. Hatfield
Trevor J. Hatfield
Nevada Bar No. 7373
703 South Eighth Street
Las Vegas, NV 89101

*Attorneys for Plaintiff,*
*Ronald Henry*

DATED this 20th day of August, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Molly M. Rezac/
Molly M. Rezac
Nevada Bar No. 7435
200 S. Virginia Street, 8th Floor
Reno, NV 89501

Alina Krauff
Nevada Bar No. 16266
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant,*
*American Medical Response, Inc*

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/21/2025

92033997.v1-OGLETREE