Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501
Telephone:  775.440.2373
Fax:  775.440.2376

Alina Krauff
Nevada Bar No. 16266
alina.krauff@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant,*
*American Medical Response, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONALD HENRY, an individual,<br><br>Plaintiff,<br>vs.<br><br>AMERICAN MEDICAL RESPONSE, INC., a Foreign Corporation,<br><br>Defendant. | Case No.:  2:25-cv-01162-APG-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPUALTED AND AGREED by and between Plaintiff Ronald Henry ("Plaintiff"), through his counsel, Hatfield & Associates, and Defendant, American Medical Response, Inc. ("Defendant"), by and through their counsel, Ogletree Deakins, that the above-

/ / /

/ / /

/ / /

- 1 -

entitled matter be dismissed with prejudice, with each side bearing their own fees and costs.

DATED this 22nd day of January, 2026.                DATED this 22nd day of January, 2026.

HATFIELD & ASSOCIATES, LTD.                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Trevor J. Hatfield                              /s/ Molly M. Rezac

Trevor J. Hatfield                                  Molly M. Rezac
Nevada Bar No. 7373                                 Nevada Bar No. 7435
703 South Eighth Street                             200 S. Virginia Street, 8th Floor
Las Vegas, NV 89101                                 Reno, NV 89501

*Attorneys for Plaintiff,*                          Alina Krauff
*Ronald Henry*                                      Nevada Bar No. 16266
                                                    10801 W. Charleston Blvd., Suite 500
                                                    Las Vegas, NV 89135

                                                    *Attorneys for Defendant,*
                                                    *American Medical Response, Inc.*

## ORDER

        IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

 January 23, 2026
_____
DATE

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W CHARLESTON BLVD
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

95140747.v1-OGLETREE